No. 78–6891.   DAVIS v. GEORGIA;
No. 79–5032.   SPRAGGINS v. GEORGIA;
No. 79–5188.   COLLINS v. GEORGIA;
No. 79–5567.   BAKER v. GEORGIA;
No. 79–5904.   HAMILTON v. GEORGIA; and
No. 79–6330.   BROOKS v. GEORGIA.   Sup. Ct. Ga.   Motions of petitioners for leave to proceed *in forma pauperis* and certiorari granted.   Judgments vacated insofar as they leave undisturbed the death penalties imposed, and cases remanded for further consideration in light of *Godfrey* v. *Georgia, ante,*

p. 420.  Reported below: No. 78–6891, 242 Ga. 901, 252 S. E. 2d 443; No. 79–5032, 243 Ga. 73, 252 S. E. 2d 620; No. 79–5188, 243 Ga. 291, 253 S. E. 2d 729; No. 79–5567, 243 Ga. 710, 257 S. E. 2d 192; No. 79–5904, 244 Ga. 145, 259 S. E. 2d 81; No. 79–6330, 244 Ga. 574, 261 S. E. 2d 379.